IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TATYANA L. MCBEE
ADC #715851                                                                                     PETITIONER

VS.                           No. 4:25-CV-883-DPM-ERE

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                      RESPONDENT

## ORDER

On August 28, 2025, Tatyana McBee, who is in custody at the McPherson Unit of the Arkansas Division of Correction, filed a petition for habeas relief under 28 U.S.C. § 2254 and a motion to proceed in forma pauperis. *Docs. 1-2*. Based on the financial information provided, Ms. McBee is eligible to proceed without prepayment of fees or costs. Additionally, I will order service of the petition.

IT IS HEREBY ORDERED THAT:

1. Ms. McBee's motion for leave to proceed *in forma pauperis* (*Doc. 1*) is GRANTED.

2. The Clerk of the Court will serve by mail a copy of the § 2254 petition (*Doc. 2*), and this Order on Respondent and the Arkansas Attorney General.

3. Respondent must file a responsive pleading **within twenty-one (21) days of service**.

1

4.    The Clerk of the Court is directed to change Respondent to "Dexter Payne, Director, Arkansas Division of Correction."[1]

Dated 29 August 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. McBee names the State of Arkansas as Respondent. Because Ms. McBee is in the custody of the Arkansas Division of Correction, the correct Respondent is Dexter Payne, Director, Arkansas Division of Correction. *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority").