IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TATYANA L. MCBEE                                                      PETITIONER
ADC #715851

v.                              No. 4:25-cv-883-DPM

DEXTER PAYNE, Director, Arkansas
Division of Correction                                                RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 12*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). McBee's petition is untimely. There aren't any grounds for equitable tolling.

Payne's motion to dismiss, *Doc. 5*, is granted. McBee's motion to dismiss, *Doc. 10*, is denied. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2026