IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TATYANA L. MCBEE						PETITIONER
ADC #715851

v.					No. 4:25-cv-883-DPM

DEXTER PAYNE, Director, Arkansas
Division of Correction					RESPONDENT

## JUDGMENT

McBee's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2026